# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2447. CHRISTIAN ALEXANDER PREATHER v. THE STATE.**

In April 2018, Christian Alexander Preather entered a negotiated guilty plea to armed robbery and other crimes, and was sentenced to 30 years to serve 20 years. In June 2018, and again in January 2019, Preather filed a pro se motion to modify his sentence. See OCGA § 17-10-1 (f). The trial court denied Preather's motion on January 28, 2019. On March 7, 2019, Preather filed a pro se notice of appeal from this ruling. The State has filed a motion to dismiss the appeal, arguing that the notice of appeal was untimely. As the State asserts, we lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Preather's notice of appeal is untimely, as it was filed 38 days after entry of the order he seeks to appeal. Accordingly, the State's motion to dismiss is hereby GRANTED and this appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/26/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.